AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eileen Howorth,
    Plaintiff,

        V.

Zwicker & Associates,
    Defendant.

CASE NUMBER:  08CV1621

ASSIGNED JUDGE:  JUDGE CASTILLO

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis/*
(By) DEPUTY CLERK

March 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** ||
| Service of the Summons and complaint was made by me[1] | DATE March 27, 2008 |
| NAME OF SERVER *(PRINT)* Ronald Bertheim | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: __Isis Hernandez, Receptionist__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $50.00 | $65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 27, 2008__   _____
           *Date*                  *Signature of Server*

           __252B Pleasant Street, Methuen MA  01844__
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.