**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EILEEN HOWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 01621 |
| vs. | ) | |
| | ) | Judge Castillo |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Eileen Howorth hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**EILEEN HOWORTH**

By: s/Michelle R. Teggelaar
One of Her Attorneys

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St. Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Michelle R. Teggelaar, hereby certify that on May 15, 2008, a copy of plaintiff's Notice of Dismissal was filed electronically and served via United States Mail on the following party:

  Robert W. Thuotte
  Zwicker & Associates P.C.
  80 Minuteman Road
  Andover, MA  01810


        s/Michelle R. Teggelaar